UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Thomas D. Goodwin, Sr.

       v.                              Case No. 10-cv-233-PB

US Social Security Administration

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated April 11, 2011.

    SO ORDERED.

April 29, 2011                              /s/ Paul Barbadoro
                                                  Paul Barbadoro
                                                  United States District Judge

cc:    Counsel of Record